IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DALE DEAN GOINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 124-165 |
| LYNN FREEMAN, | ) ) ) |
| Defendant. | ) |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action. The Court further **DENIES AS MOOT** the pending motion for preliminary injunction. (Doc. no. 3.)

SO ORDERED this 4th day of December, 2024, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA